## Case No. 12,772.

### SHERRARD v. PONSONBY.

### JOHNSON v. SAME.

[1 Cranch, C. C. 131.] [1]

Circuit Court, District of Columbia. July Term, 1803.

EXECUTION—FOREIGN JUDGMENT.

An execution upon an exemplification from Maryland. against a person not resident. nor having property within the district of Columbia, will be quashed on motion.

Motion by Mr. Gantt, for defendant, to quash these executions, upon the defendant's affidavit, that he is not and never was a resident of the District of Columbia, but now resides and for many years past has resided at Bladensburg, in the state of Maryland; that he has not and never had any property, real or personal, in the District of Columbia.

The executions had issued upon exemplifications of judgments from Maryland, according to the 13th section of the act concerning the District of Columbia, 27th of February, 1801. (2 Stat. 107).

THE COURT, nem. con., quashed the executions.